No. 651. ZICCARDI v. TRAVELERS INSURANCE Co. ET AL. February 18, 1935. Petition for writ of certiorari to the Superior Court of Suffolk County, Massachusetts, denied.

*Mr. Walter B. Grant* for petitioner. *Mr. Edmund L. Jones* for respondents.